UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGIE SWIFT,

        Plaintiff,        Case no. 13-14482
                                       Honorable John Corbett O'Meara
v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Michael Hluchaniuk's report and recommendation, filed February 4, 2015. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.


                                              s/John Corbett O'Meara
                                              United States District Judge

Date: February 25, 2015

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 25, 2015, using the ECF system.

                                          <u>s/William Barkholz</u>
                                          Case Manager